UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Cherise Alston | : | |
| c/o Piontek Law Office | : | |
| 58 East Front Street | : | 26-1476 |
| Danville, Pennsylvania. 1782 | : | |
| Plaintiff | : | |
| v. | : | |
| Trans Union, LLC | : | |
| 555 W. Adams Street | : | |
| Chicago, IL  60661 | : | Jury Trial Demanded |
| Defendant | : | |

# COMPLAINT

1.     This is a lawsuit for damages brought by an individual consumer for Defendant's alleged violations of the Fair Credit Reporting Act (FCRA) and the Fair and Accurate Credit Transaction Act (FACTA), 15 U.S.C. 1681, et seq.

## JURISDICTION AND VENUE

2.     The previous paragraphs of this Complaint are incorporated by reference and made a part of this Complaint.

3.     Jurisdiction for this action is asserted pursuant to 28 USC §1334-1337.

4.     This Court has Federal question jurisdiction pursuant to 28 USC 1331, 1391, 1392 , and 15 USC 1681 et. seq. for reasons including but not limited to the following.

> a.   Defendant(s) do(es) business in this jurisdiction and avails itself of the benefits of this jurisdiction.

> b.   A substantial portion of the transaction, occurrences, acts or omissions took place in this jurisdiction

> c.   Key witnesses may be located here.  To wit, there are similarly situated consumers in this jurisdiction.  The similarly situated consumers have been similarly affected by Defendant in a similar was as Plaintiff.

5.     Declaratory relief is available pursuant to 28 USC 2201 and 2202.

## PARTIES

6.    The previous paragraphs of this Complaint are incorporated by reference and made a part of this Complaint.

7.    Plaintiff is Cherise Alston, an adult individual and resident of Bucks County, Pennsylvania, with an Address for purposes of this litigation of c/o Piontek Law Office, 58 East Front Street, Danville, PA 17821.

8.    Defendant is Trans Union, LLC (Trans Union), a corporation with a principal place of business address of 555 W. Adams Street, Chicago, IL  60661.

**COUNT ONE: Violation of the Fair Credit Reporting Act (FCRA) and the Fair and Accurate Credit Transactions Act (FACTA), 15 USC 1681 et. seq.**
**Failure to Provide Plaintiff With Copy of Plaintiff's Consumer File**
**Unlawful Discrimination and Retaliation**

9.    The previous paragraphs of this Complaint are incorporated by reference and made a part of this Complaint.

10.    At all times mentioned herein, Plaintiff was a consumer as defined by 15 USC 1681.

11.    At all times mentioned herein, Plaintiff was a person as defined by 15 USC 168la (c).

12.    At all times mentioned herein, Plaintiff was in individual as defined by 15 USC 1681a of the FCRA.

13.    At all times mentioned in this Complaint, Defendant maintained a "file" on Plaintiff as defined by 15 USC 1681(a)(d) et. seq.

14.    At all times mentioned in this Complaint, Defendant was a "consumer Reporting Agency" as defined by 15 USC 1681a et. seq. of the FCRA.

15.    On or about February 10, 2024, Plaintiff contacted Defendant by written letter and requested a copy of the information contained in her consumer file which was maintained by Defendant.  See attached exhibits.  Throughout this Count of this Complaint said letter shall be referred to as "Plaintiffs request letter," "request letter," or "the request letter."

16.    Defendant had no reason to doubt the authenticity of Plaintiffs request letter.   The request letter appeared patently credible on its face based on the following.

    a.    Plaintiff furnished proper proof of ID and proof of her mailing address.

    b.    Defendant already had Plaintiff's correct address on file for several years since Plaintiff had lived at the same address at apartment number for over 15 years.

    c.    Upon information and belief defendants own internal records should have confirmed plaintiff mailing address, which should have existed in Defendants records for several years.

    d.    Plaintiff furnished her telephone number to Defendant which Defendant could have called if they were concerned about Plaintiff's identity.

    e.    Plaintiff provided the name and contact information of her own attorney Vicki Piontek in order to help Defendant verify Plaintiff's identity.

    f.    Plaintiff provided Defendant with the name and contact information of Defendant's own attorneys, in order to help Defendant verify Plaintiff's identity.

17.    Upon information and belief neither Defendant nor any of its attorneys  ever contacted Plaintiff or Plaintiff's attorney Vicki Piontek to verify Plaintiffs identity, even though Plaintiff's full contact information and the full contact information of Plaintiff's attorney Vicki Piontek were provided in the request letter.

18.    On or about June 24, 2004, the Federal Trade Commission released regulations which proscribed the format for correspondence that an individual seeking his or her consumer report should conform to.

19.    Plaintiff's request letter met those guidelines of the Federal Trade Commission.

20.    Defendant refused to provide Plaintiff with a copy of her consumer report, even though Defendant was legally obligated to do so.

21.    Instead of sending Plaintiff a copy of her consumer file, Defendant sent Plaintiff a form response letter dated March 9, 2024 denying Plaintiff a copy of her consumer file.  See attached exhibits.  Throughout this count of the complaint said letter shall be referred to as "form response letter" or "response letter."

22.    Defendant's response letter which denied Plaintiff a copy of her consumer file read substantially as follows:

We applaud your recent efforts to take charge of your credit. We want you to know we're on your side, and we're here to help support you on your path toward credit health.

We recently received a request that included your information, but it didn't appear that you or a properly authorized third party sent it to us. We take the privacy and security of your data very seriously, so we won't process requests unless they come directly from you or an authorized third party. If you're working with a third party such as a credit repair company or "credit clinic", they have to identify themselves in their communications to us and provide proof that you've authorized them to communicate with us on your behalf.

It's important to know that if you see something on your Trans Union credit report that you believe is inaccurate, you can dispute it easily and securely on your own for free, without paying a fee to any company. Find out more about how to manage the information on your Trans Union credit report at transunion.com/repairletter.

If you've hired a credit repair company and they insist on payment up front, encourage you to misrepresent your credit information or instruct you not to contact a credit reporting agency directly, they are not acting lawfully. Learn more about credit repair and your rights at transunion.com/repairletter.

You can count on us as a resource as you work to achieve your credit health goals - we want you to be able to get the financial opportunities you deserve.

Sincerely,

Your Trans Union Support Team

23.    Defendant's response letter to Plaintiff went into great detail about Plaintiff's use of a credit repair service.  The response letter  purported to warn Plaintiff of the dangers of using a credit repair service.  But no effort was made in the letter to explain why Plaintiff's request letter was deficient.

24.    Defendant's response letter to Plaintiff did not provide any instructions to Plaintiff about what additional documentation or additional steps were necessary for Plaintiff to obtain Plaintiff's consumer file from Defendant.

25.    Defendant's response letter to Plaintiff never described what additional documents or steps that Plaintiff should take to verify Plaintiff's identity to Defendant.

26.     Defendant's response  letter to Plaintiff implicitly suggested that Plaintiff was not entitled to receive  a copy of her own consumer file merely because she may have used a credit repair service which aided Plaintiff in drafting the letter requesting Plaintiff's consumer file.

27.     Upon information and belief, the reason that Defendant did not send Plaintiff a copy of her consumer file was retaliation because Defendant suspected that the letter had been drafted by a lawyer in anticipation of possible litigation.

28.     Upon information and belief, the reason that Defendant did not send Plaintiff a copy of her consumer file was discrimination because Defendant suspected that the letter had been drafted by a lawyer in anticipation of possible litigation.

29.     Upon information and belief, the reason that Defendant did not send Plaintiff a copy of her consumer file was because Plaintiff's request letter revoked all arbitration clauses in any prior agreements with Defendant and Defendant was trying to avoid the consequences of a potential lawsuit by Plaintiff.

30.     Even if Plaintiff had the help of a credit repair service in drafting her request letter, that was irrelevant.  It was no excuse for Defendant not to send Plaintiff a copy of Plaintiff's consumer file.

31.     Even if Plaintiff had sent the letter in anticipation of litigation against Defendant that was irrelevant.  It was no excuse for Defendant not to send Plaintiff a copy of Plaintiff's consumer file.

32.     Defendant's refusal to provide Plaintiff with a copy of Plaintiff's consumer file was unreasonable.

33.     By unreasonably refusing to give Plaintiff a copy of Plaintiff's consumer file, Defendant violated 15 USC 1681g et. seq. of the FCRA.

**LIABILITY**

34.     The previous paragraphs of this Complaint are incorporated by reference.

35.     It is believed and averred that the acts and omissions described in this Complaint were willful, wanton and intentional.  The willful and wanton nature of Defendant's acts and omissions is exemplified by certain factors including but not limited to the following:

    a.   Plaintiff furnished proper proof of ID and proof of her mailing address.

    b.   Upon information and belief, Defendant already had Plaintiff's correct address on file for a considerable and reasonable amount of time.  Plaintiff had lived at the same address and apartment number on request letter for over 15 years at the time she sent the letter to Defendant.  Defendant knew or should have known that

Plaintiff's request letter contained a valid address for Plaintiff based on Defendant Trans Union, LLC's own records on file.

c.  Upon information and belief neither Defendant nor any of its attorneys ever contacted Plaintiff or Plaintiff's attorney Vicki Piontek to verify Plaintiff's identity, even though Plaintiff's full contact information and the full contact information of Plaintiff's attorney Vicki Piontek were provided in the request letter.

d.  The form letter denying Plaintiff her consumer report attempted to steer Plaintiff to Trans Union, LLC's own website by providing a link entitled "Trans Union.com/repairletter."  The link contained an option for Plaintiff to create an account with Trans Union to possibly obtain her consumer report / file and also initiate dispute about certain information.

e.  But in order create such account Plaintiff would have had to agree to certain terms and conditions which would have protected and shielded Trans Union, LLC from potential lawsuits by Plaintiff.  Defendant's website contained it's own self serving terms and conditions contained in a written agreement entitled "Digital Self Service Terms of Service".

f.  The Digital Self Service Terms of Service contained certain self serving terms and conditions that benefited Trans Union, LLC, including but not limited to the following.

    i.   That Trans Union, LLC could collect certain personal information about Plaintiff to possibly be used for advertising purposes.

    ii.  Limits on Plaintiff's right to sue Trans Union, LLC in the future for information contained in Plaintiff's Trans Union, LLC consumer filed

    iii. Limits on Plaintiff's ability to dispute derogatory information.

g.  By refusing to mail, plaintiff her consumer file, Trans Union, LLC tried to trick her into using their self serving website with one sided terms and conditions favorable only to Defendant and not Plaintiff.

h.  By attempting to steer Plaintiff away from the U.S. Mail and toward Trans Union, LLC's website, Defendant maximized its chances to limit its own liability, and profit monetarily.

i.  By attempting to steer  Plaintiff away from the U.S. Mail and toward Trans Union, LLC's website, Defendant maximized its chances to use Plaintiff for marketing purposes.

      j.   By attempting to steer Plaintiff away from the U.S. Mail and toward Trans Union, LLC's website, Defendant maximized its chances to make money by selling Plaintiff access to her own credit score.

      k.   The letter sent by Defendant to Plaintiff was a self-serving form letter designed to thwart the efforts of a consumer who sought to use the mail to obtain their consumer file from Trans Union and to protect their rights.

      l.   Upon information and belief many  similarly situated consumers received similar letters under similar circumstances.  The letters denied them their consumer file in response to their valid request(s).  The denial letters received were in the same or similar format as the letter which is the subject of this complaint.

      m.   Upon information and belief many  similarly situated consumers received similar letters under similar circumstances.  The letters denied them their consumer file in response to their valid request(s).  The denial letters received were in the same or similar format as the letter which is the subject of this complaint.

36.     Defendant is liable for the acts and omissions of its agents and employees under the doctrine of respondeat superior because Defendant's agents were acting within the scope of their employment with Defendant when such acts or omissions occurred.

37.     Any mistake made by Defendant would have included a mistake of law, not just fact.

38.     Any mistake made by Defendant would not have been a reasonable or bona fide mistake.

## DAMAGES

39.    The previous paragraphs of this Complaint are incorporated by reference and made a part of this Complaint.

40.    Defendant's refusal to provide Plaintiff with a copy of Plaintiff's consumer file constituted an unnecessary hindrance and an undue delay to Plaintiff.

41.    Although the costs were advanced by plaintiff's attorney, Plaintiff is still responsible to reimburse her attorney per their fee agreement.

42.    Even without economic harm, the mere deprivation by Defendant of Plaintiff's credit report / consumer file was an actual concrete harm and injury to Plaintiff.  Defendants withholding of Plaintiff's consumer report caused Plaintiff an actual concrete harm.  See Long v. Southeastern Pennsylvania, transportation authority, United States Court of Appeals, Third Circuit, 17-1889 (2018).

43.    Plaintiff suffered a concrete injury and a concrete harm by being denied Plaintiff's consumer file and a concrete harm as defined by two recent U.S. Supreme Court cases, Spokeo v. Robins, 578 U.S 330 (2016), and Trans Union v. Ramirez, 141 S. Ct. 2190 (2021).

44.    Plaintiff believes and avers that she is entitled to $1,000.00 statutory damages pursuant to 15 USC 1681n et. seq. because Defendant's acts and omissions were willful, wanton and intentional.

45.    Because Defendant's acts and omissions were willful, wanton and intentional, Plaintiff believes and avers that Plaintiff is entitled to punitive damages.  Plaintiff requests punitive damages against Defendant(s) in the amount to be determined by this Honorable Court.

46.    For purposes of a default judgment, Plaintiff believes and avers that the amount of such punitive damages should be no less than $9,000.00 because Defendant(s) actions had the effect of compromising the integrity of 15 USC 1681g et. seq.

## ATTORNEY FEES

47.     The previous paragraphs of this Complaint are incorporated by reference.

48.     Plaintiff is entitled to attorney fees pursuant to 15 USC 1681 n et. seq. if this case is successfully prosecuted.

49.     Plaintiff believes and avers that a reasonable rate for attorney fees is $600 an hour, or other amount approved by this Honorable Court.  See fee index published by Community Legal Servies of Philadelphia at https://clsphila.org/about-community-legal-services/attorney-fees/

50.     To date, Debtor's attorney fees are enumerated at no less $2,100, or other amount, determined by this Honorable Court to be reasonable.

a.   Consultation with client and review of file                          .5

b.   Drafting, editing, review, of
     Complaint and related documents, and service of complaint      1

c.   Follow up contact with Defendant and client                     2

Total:   3.5 hours @ $600 per hour = $2,100.00

51.     Plaintiff's attorney fees continue to accrue as the case moves forward.

52.     The above stated attorney fees are for prosecuting this matter and reasonable follow up.


## OTHER RELIEF

53.     Plaintiff requests a jury trial in this matter.

54.     Plaintiff demands a jury trial in this matter.

55.     Plaintiff seeks such other relief as this Honorable Court may deem just and proper,


Wherefore; Plaintiff demands judgment against Defendant in the amount of no less than $12,100.70 as enumerated below.

Approximately 70 cents or more for postage, actual damages
$1,000.00 statutory damages under the FCRA
$2,100.00 attorney fees
$9,000.00 punitive damages
$12,100.70

/s/ Vicki Piontek                    03/08/2026

_____              _____
Vicki Piontek, Esquire                       Date
Attorney for Plaintiff
58 East Front Street
Danville, PA  17821
2150-290-6444
Fax: 866-408-6735
vicki.piontek@gmail.com

# EXHIBITS

Cherisse M. Alston

████████████████

Holland, PA  18966

302-███████

TransUnion
P.O. Box 1000
Chester, PA 19022

**RE: Cherisse M. Alston**    SSN:██████████    DOB:████████████

To Whom it May Concern:

I would like to request a copy of my consumer report.  I would like all information contained in my file.

**I would like the name, address and telephone number of every person or entity to whom you provided a consumer report about me I the last 365 days. This includes both users and end users.**

Please disenroll me from any and all credit monitoring services provided by your company.  I hereby revoke any and all enrollments, subscriptions, memberships and services provided to me by your company.  I do not wish to be enrolled.

I also revoke any and all arbitration provisions which may exist with your company or affiliates.  This includes but is not limited to Credit Karma, or anything connected therewith.

Thank you.

Sincerely,

Cherisse M. Alston    2/10/84
Cherisse M. Alston    Date

PS: Please do not send me a form letter telling me how you "applaud my recent efforts…." and warning me about a "credit repair company."  If you have any doubt about my identity, the please call your supervisor.  Have them call me or my attorney Vicki Piontek.  Her telephone number is 215-290-6444.  Her email address vicki.piontek@gmail.com.  She can help prove my identity and mailing address.  Or you can call Trans Union, LLC's own in house attorney Charlotte Long, Esquire, Senior Legal Counsel.  Her mobile telephone number is 469-578-1464.  Her email address is Charlotte.Long@transunion.com.  She can help verify my identity and mailing address.





TransUnion LLC
PO Box 805
Woodlyn, PA 19094-0805

**File Number:**
**Page:** 1 of 1
**Date Issued:** 3/9/2024



CHERISSE M ALSTON
4101 POTTERS PL
SOUTHAMPTON, PA 18966-5530

We applaud your recent efforts to take charge of your credit. We want you to know we're on your side, and we're here to help support you on your path toward credit health.

We recently received a request that included your information, but it didn't appear that you or a properly authorized third party sent it to us. We take the privacy and security of your data very seriously, so we won't process requests unless they come directly from you or an authorized third party. If you're working with a third party such as a credit repair company or "credit clinic", they have to identify themselves in their communications to us, and provide proof that you've authorized them to communicate with us on your behalf.

It's important to know that if you see something on your TransUnion credit report that you believe is inaccurate, you can dispute it easily and securely on your own for free, without paying a fee to any company. If you've hired a credit repair company and they insist on payment up front, encourage you to misrepresent your credit information or instruct you not to contact a credit reporting agency directly, they are not acting lawfully. Learn more about credit repair and your rights at transunion.com/repairletter.

If you feel you received this letter in error, please contact us to confirm your identity and the information you wish to dispute. You may do this by visiting transunion.com/credit-disputes and selecting "Start Dispute" or you may contact us by phone at 800-916-8800 Monday - Friday 8:00AM - 11:00PM Eastern and on Saturday & Sunday 8:00AM - 5:00PM Eastern, excluding holidays.

You can count on us as a resource as you work to achieve your credit health goals - we want you to be able to get the financial opportunities you deserve.

Sincerely,

Your TransUnion Support Team

# Digital Self Service Terms of Service

## I. Introduction/Overview and Acceptance of Terms

These Terms of Service apply to the Digital Self Service web sites of TransUnion LLC and its domestic parent companies, subsidiaries, affiliates, divisions, contractors and all data sources and suppliers all of which are referred to herein as ("TransUnion") (each individually, or collectively, the **"Site"**). This Terms of Service Agreement and the Privacy Notice are the "Agreement" between you and TransUnion, and contains the terms and conditions upon which you (**"you"** or the **"user"**) may access the Site, as well as use the freeze, fraud alert, dispute, consumer statement, personal credit report disclosure and other services (the **"Service"**) through the Site. Please read the Agreement carefully before you start to use the Service. You must accept the Agreement before you will be permitted to register for or use the **Service**. By registering on the Site and using the Service, you are acknowledging electronic receipt of, and your agreement to be legally bound by, these terms. If you do not agree with these terms or you do not want to be bound by them, please do not use the Service. If you violate the Agreement in any way, your right to access the Service may be terminated.

YOU ARE NOT REQUIRED TO PURCHASE ANY SERVICE, OR TO AGREE TO RECEIVE ANY INFORMATION OR MARKETING MATERIALS, TO ACCESS OR USE THE SERVICE ON THIS SITE. If you do elect to purchase a Service, including a credit score, or to receive information or marketing materials, that product, service, information or marketing material is offered and will be provided by TransUnion Interactive, Inc., a wholly owned subsidiary of TransUnion. A separate agreement with respect to any such offer or purchase may be required and will be provided to you at the time of such offer or purchase.

We reserve the right, in our sole discretion, to modify or update these Terms of Service at any time. Please check the Terms of Service each time you visit our web site for the most current information.

## II. Our Service

**What is the Service?** Our Service includes all products and services owned and operated by TransUnion, including the content, features, tools, data, software and functions made available by TransUnion through www.transunion.com and service.transunion.com, our mobile applications, and other websites or applications we operate, unless those websites or applications have posted separate or additional terms of service. We reserve the right to make changes to how we operate and provide the Service.

**No Professional Advice.** We are not a credit repair organization, credit counselor, debt relief company, or financial or legal advisor as defined under federal and state law. Use of the Service is not a replacement for personal, professional advice or assistance regarding your finances, credit history or fixing your credit rating.

## III. Your Use of the Service

You agree not to use or access any of the Service:

- In any way that violates any applicable federal, state, local, or international law, rule or regulation.

- In any manner that could disable, alter, overburden, damage, or impair them, or engage in any other conduct that restricts or interferes with any other party's use, which, as determined by us, may harm TransUnion users of the Service and expose them to liability, including but not limited to by transmitting any worms, viruses, spyware, malware or any other code of a destructive, malicious, intrusive, or disruptive nature.

- To circumvent or disable any content protection system or digital rights management technology used with any portion of the Service; decompile, reverse engineer, disassemble or otherwise reduce any portion of the Service to a human-readable form; remove identification, or other proprietary notices; or access or use any portion of the Service in an unlawful or unauthorized manner or in a manner that suggests an association with our products, services or brands.

- To create or access accounts or access data (including user information) through unauthorized means, including, but not limited to by using an automated device, caching, script, bot, spider, crawler or scraper, or by using a name other than your legal name.

# IV. Your Account and Billing

**General Requirements.** You will need to register for a TransUnion user account to access the Service. By registering for an account you certify that: (1) you are at least 18 years of age, (2) you have a valid U.S. Social Security number, and (3) you are only registering for yourself. By registering as a user to access the Service, you authorize us to create and maintain an account in your name using your account registration information and other information that may be collected about you as part of providing our Service. Our Privacy Notice explains how we collect and use your information. You are responsible for any activity that occurs through your account and you agree you will not sell, transfer, license or assign your account, password, username or any account rights. You also represent that all information you provide or provided to us upon registration and at all other times will be true, accurate, current and complete and you agree to update your information as necessary to maintain its truth and accuracy. You are responsible for selecting an appropriately unique and complex password, and for keeping your password safe and secure. If you believe that your account is no longer secure, or that your password has been compromised, change your password. Failure to comply with these requirements shall constitute a breach of these terms and conditions and shall constitute grounds for immediate termination of your user account and your right to use the Site. Online access to consumer credit report information is subject to verification of the identity of the user. We reserve the right to lock, suspend or cancel any accounts that we believe are or were involved in fraudulent activities, in our sole discretion.

While you are on the Site or are using or accessing our Service, we may collect certain data about your use of the Site and the Service. By accessing or viewing any of our Sites, you understand that we will be collecting this data. If you do not want us to collect data about you, please do not access any of our Sites and do not use the Service. Our Privacy Notice explains how we collect and we use your information.

# Email Communication

If you provide your email to a TransUnion Consumer Relations agent or on this website, TransUnion may use this information to communicate with you regarding requests made to TransUnion Consumer Relations (for example, requests made by phone or mail) regarding your TransUnion credit file.

If you wish to update the email address associated with your user account on this site, please log in to your account at service.transunion.com and then visit the 'My Account' section from the My Profile link located at the bottom or top area of the page.

## Email Offers

When you set up your user account on this web site, you will have the option to opt-out of marketing email offers from TransUnion and TransUnion Interactive, Inc. You can unsubscribe at any time in either of two ways:

- Via the "unsubscribe" link included at the bottom of any marketing emails you receive from us.

- Via your user account: Log in to your account at service.transunion.com, and then visit the 'My Settings section from the 'My Profile' link.

**Consent to Obtaining Consumer Report and Other Information.** By registering, you also specifically consent and provide authorization ("written instructions") to let us access your credit files from TransUnion and to use certain information about you in order to (1) verify your identity and (2) provide the requested Services to you. Each time you access the Service, you are providing "written instructions" as set forth in the Fair Credit Reporting Act for TransUnion, LLC to obtain your consumer credit report from TransUnion.

## Billing and Purchases

**Paid credit reports and scores.** We offer credit scores and, in some cases, credit report services for purchase. A user who provides valid, authorized payment information, and for whom TransUnion is able to generate the requested report or score, is eligible to purchase the relevant report or score service.

- Not all consumers may have credit report data or credit score data available to purchase. If we are unable to supply a Service, we will not charge you for that service.

- A user who provides invalid payment information, or whose website or payment activity on this site or other TransUnion sites is identified as suspicious or potentially fraudulent, may be blocked from being able to purchase services through this site. A user account identified as associated with potentially fraudulent activity may be locked or blocked entirely.

TransUnion is not responsible for any overdraft/over-the-limit charges or bank fees triggered by your order being processed or billed. Refunds will not be issued if we have successfully delivered a Service to you.

**Price Modifications.** From time to time, TransUnion may examine and update the prices that we charge for our Services. Consumers on this site can see the current price of a specific Service before they commit to ordering that Service.

# V. Ownership and Infringement

## a. Intellectual Property Rights

- We grant you a limited, non-exclusive, non-sublicensable, non-transferable license to access and use the Service for lawful purposes in accordance with this Terms of Service and our Privacy Notice.

- The Service contains content owned or licensed by TransUnion, including name, logo, text, images, audio/visual works, icons and scripts ("TransUnion Content"). TransUnion Content is protected by copyright, trademark, patent, trade secret and other laws, and TransUnion owns and retains all rights in TransUnion Content and the Service.

- You will not remove, alter, or conceal any copyright, trademark, service mark or other proprietary rights notices incorporated in or accompanying TransUnion Content and you will not copy, reproduce, modify, adapt, or prepare derivative works based on, perform, display, publish, distribute, transmit, broadcast, sell, license or otherwise exploit TransUnion Content for commercial or public purposes without the prior express written permission.

Articles, videos, infographics, blogs, and other creative materials found on transunion.com or other websites owned or maintained by TransUnion and its subsidiaries and affiliates are solely the property of TransUnion or the applicable subsidiary or affiliate. No part of this publication may be reproduced or distributed in any form or by any means, electronic or otherwise, now known or hereafter developed, including, but not limited to, the Internet, without the explicit prior written consent from TransUnion.

Requests for permission to reproduce or distribute any part of, or all of, this publication should be mailed to:
Law Department
TransUnion
555 West Adams
Chicago, Illinois 60661

The **"tu"** logo, TransUnion, and other trademarks, service marks, and logos (the "Trademarks") used on the Site are registered or unregistered Trademarks of TransUnion, or their respective owner. Trademarks may not be used for any purpose whatsoever without the express written permission of the Trademark owner. The Trademark owner has exclusive rights to the Trademarks. Any unauthorized use of the Trademarks is strictly prohibited.

## b. Copyright

We respect the intellectual property rights of others, and we prohibit users of the Service from submitting, uploading, posting or otherwise transmitting any materials that violate another person's intellectual property rights. To report any issues or allegations of infringement, please contact us at Attn: Copyright Agent, TransUnion, 555 West Adams, Chicago, IL 60661.

# VI. Disclaimer of Warranties and Limitation of Liability

Violation of these Terms of Service may, in our sole discretion, result in termination of your user account access. If you violate the letter or spirit of these Terms of Service, or otherwise create risk or possible legal exposure for us, we can stop providing all or part of the Service to you.

TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, OUR SITE, INCLUDING ALL CONTENT AND SERVICES MADE AVAILABLE ON OR ACCESSED THROUGH THIS SITE, ARE PROVIDED TO YOU "AS IS". NEITHER TRANSUNION NOR ITS EMPLOYEES, OFFICERS, DIRECTORS, AFFILIATES, SUBSIDIARIES OR AGENTS ("THE TRANSUNION PARTIES") MAKE ANY REPRESENTATIONS OR WARRANTIES OF ANY KIND CONCERNING THE SERVICES, EXPRESS, IMPLIED, STATUTORY OR OTHERWISE, INCLUDING, WITHOUT LIMITATION, WARRANTIES OF TITLE, MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, NONINFRINGEMENT AND INFORMATIONAL CONTENT, OR THAT A USER WILL HAVE CONTINUOUS, UNINTERRUPTED OR SECURE ACCESS TO OUR SITE OR SERVICES, OR THAT OUR SITE, OR THAT SERVICES WILL BE ERROR-FREE, THAT DEFECTS WILL BE CORRECTED, OR THAT TRANSUNION'S SERVERS ARE FREE OF VIRUSES OR OTHER HARMFUL COMPONENTS THROUGH USE OR DOWNLOADING MATERIAL. TRANSUNION AND ANY OF ITS AFFILIATES AND SUBSIDIARIES DO NOT WARRANT OR MAKE ANY REPRESENTATION REGARDING USE OR RESULT OR USE OF THE CONTENT IN TERMS OF ACCURACY, RELIABILITY, OR OTHERWISE.

USE OF THE SERVICE AND ITS CONTENT IS AT YOUR OWN RISK. BY USING OUR SITE, YOU ACKNOWLEDGE AND AGREE THAT THE TRANSUNION PARTIES WILL NOT BE LIABLE TO YOU ON ANY LEGAL THEORY FOR ANY INCIDENTAL, DIRECT, INDIRECT, PUNITIVE, ACTUAL, CONSEQUENTIAL, SPECIAL, EXEMPLARY OR OTHER DAMAGES, INCLUDING WITHOUT LIMITATION, LOSS OF BUSINESS, LOSS OF REVENUE OR INCOME, BUSINESS INTERRUPTION, LOSS OF BUSINESS INFORMATION, LOST PROFITS, PAIN AND SUFFERING, EMOTIONAL DISTRESS, OR SIMILAR DAMAGES SUFFERED OR INCURRED BY YOU OR ANY THIRD PARTY THAT ARISES IN CONNECTION WITH THE SERVICE (OR THE TERMINATION THEREOF FOR ANY REASON), ARISES OUT OF OR IS IN ANY WAY CONNECTED WITH A VIOLATION OR BREACH BY YOU OF THIS AGREEMENT.

TransUnion and TransUnion Interactive, Inc. are not credit repair organizations, or similarly regulated organizations under other applicable laws, and do not provide credit repair advice.

# VII. Term and Termination; Modification

This Agreement will take effect at the time you click "I Accept and Continue to Step 3" on the order form, and shall terminate only when you can no longer access and maintain your credit report information on the Site.

We may (i) change the terms of this Agreement, (ii) change any of the TransUnion web sites, or (iii) change the Service on this site; including eliminating or discontinuing any content or feature, restricting the hours of availability, or limiting the amount of use permitted, by posting notice of such modification on such site before the modification takes effect. All changes shall be effective immediately upon posting of such notice. If you use the Site after TransUnion has notified you of a change in the Agreement, you agree to be bound by all of the changes. You are expected to review the TransUnion web site periodically to ensure familiarity with any posted notices.

## VIII. Indemnification

YOU AGREE TO INDEMNIFY AND HOLD HARMLESS THE TRANSUNION PARTIES FROM AND AGAINST ANY AND ALL LOSS, EXPENSES, DAMAGES, AND COSTS, INCLUDING WITHOUT LIMITATION REASONABLE ATTORNEYS' FEES, RESULTING, WHETHER DIRECTLY OR INDIRECTLY, FROM YOUR VIOLATION OF THIS AGREEMENT. YOU ALSO AGREE TO INDEMNIFY AND HOLD HARMLESS THE TRANSUNION PARTIES FROM AND AGAINST ANY AND ALL CLAIMS BROUGHT BY THIRD PARTIES ARISING OUT OF YOUR USE OF THE SERVICE.

## IX. Your Fair Credit Reporting Act Rights

View your Summary of Rights under The Fair Credit Reporting Act ("FCRA").

If you are a victim of fraud, view the Fraud Victim Bill of Rights.

## X. Privacy

Since it affects your use of our web site, please review the Privacy Notice to understand our practices. By using our Site or accessing our Service, you agree that we may use and share your personal information in accordance with the terms of our Privacy Notice.

## XI. Territories

TransUnion provides its Service for use to persons located in the United States and its territories and possessions. We make no claims that the Service or any of its content is accessible or appropriate outside of the United States and its territories and possessions. Access to the Service may not be legal by certain persons or in certain countries. If you access the Service from the outside the United States or its territories and possessions, you do so on your own initiative and are responsible for compliance with local laws.

## XII. Miscellaneous

### a. Browser Requirements

It is extremely important to us to protect the privacy of the personal information that you provide us. To do so, the on-line access to your Personal Credit Report or other Services will require the use of a secure browser such as Chrome 42.0 or higher, Firefox 37.0 or higher, or Microsoft Internet Explorer 9.0 or higher. Your Internet browser must support SSL (Secure Sockets Layer) with 128-bit encryption. Our system encrypts the data you provide before transmission, and then we decrypt the data upon receipt.

### b. Policy on Links to Third Party Web Site

This web site may contain links to third party web sites. TransUnion does not represent, guarantee, or endorse any web site that you may access from this web site. In addition, if we provide a link to a web site, we

do not represent, guarantee, or endorse the company or any of its offerings. Links contained on this web site are provided solely as a convenience to you. When you access a non-TransUnion web site, please understand that the linked site and its content are not under our control. TransUnion is not responsible for any other form of transmission received from any linked sites. You are responsible for protecting your system from viruses and other invasive items.

## c. Unsolicited Idea Submission Policy

If you provide us with comments, suggestions, or ideas it is not considered confidential and becomes the property of TransUnion.

## d. International Use

Because you can access this web site internationally, you agree to follow all local rules about the Internet, data, e-mail, and privacy, which may apply to your use of the Services outside of the United States or in the country of your residence.

## e. Policy Regarding Children

Our Site is not intended for the use by individuals under the age of 18.

## f. Notices

You should send any notices or other communications regarding the Site or Service to TransUnion LLC, Attention: General Counsel, 555 W. Adams St., Chicago, IL 60661.

Except as otherwise provided, we may send you any notices using the most recent e-mail address that you have provided us or, if you have not provided an e-mail address, to any e-mail or postal address that we believe is your address. If you wish to update your user account registration information, please log in to your account at service.transunion.com, and visit the 'My Account' section from the My Profile link.

## g. Governing Law

The materials in this Site are designed for use by residents of the United States and its territories and possessions. The laws applicable to the interpretation of these terms and conditions shall be the laws of the State of Illinois and applicable federal law, without regard to any conflict of law provisions. We can only provide credit reports or credit file disclosures for individuals who have established credit in the United States. Those who choose to access this Site from outside the United States do so on their own initiative and are responsible for compliance with local laws. You agree that any and all disputes arising under this Agreement or out of TransUnion's provision of services to you, if submitted to a court of law, shall be submitted to the state and federal courts of Cook County, Illinois, USA.

## h. Waiver and Severability

No waiver of TransUnion of any term or condition set out in these Terms of Service shall be deemed a further or continuing waiver of such term or condition or a waiver of any other term or condition, and any failure of TransUnion to assert a right or provision under these Terms of Service shall not constitute a waiver of such right or provision.

If any provision of these Terms of Service is held by a court or other tribunal of competent jurisdiction to be invalid, illegal or unenforceable for any reason, such provision shall be eliminated or limited to the minimum extent such that the remaining provisions of the Terms of Service will continue in full force and effect.

## i. Entire Agreement

This Agreement constitutes the entire agreement between you and TransUnion regarding the Service and supersede all prior and contemporaneous understandings, agreements, representations, and warranties, both written and oral, regarding the Service.

By using the Site or our Service, you represent that you have read this Agreement and TransUnion's Privacy Statement, understand their terms, and agree and intend to be legally bound by them. You acknowledge that, in providing you access to and use of the Site and your user account for this site, TransUnion has relied on your agreement to be bound by the terms of this Agreement.

The effective date of these Terms of Service is November 2020.

## j. Copyright Notice

Copyright (c) 2001-2020 Trans Union LLC. All Rights Reserved. Except as otherwise stated, TransUnion owns all content contained in this web site. Content includes the information, text, graphics, web site design, and its selection, assembly, and arrangement (collectively "Content"). The Content is protected by copyright laws of the United States and other countries. The Content may not be used for any commercial purpose or copied, distributed, displayed, modified, or reverse engineered without TransUnion's prior written permission. You may print or download portions of material from the web site solely for your own non-commercial use, if you do not change or delete any copyright or proprietary notices from the materials.



# Disputes



Disputes are an important tool to take control of your credit health. Managing your information is fast, easy, free and secure through the TransUnion Service Center.

If you've already started a dispute online, you can log in to check its status.

## Learn More About Disputes

Learn about different ways to take charge of your credit health.



### Personal Information

Some of your personal information can be updated online, but some changes require you to mail in supporting documents.

**Learn More**



### Accounts

Read about how and when balances update on your credit report and what accounts can be disputed online.

**Learn More**



### Collections

If you have an account in collections, you're not alone. 89 million U.S. consumers do too. Learn how to get back on track.

**Learn More**



### Student Loans

Learn how student loans show up on your credit report and why the same loan can appear more than once.

**Learn More**



### Fraud

If you think you see fraudulent activity on your



### Inquiries

Learn what you can do if you don't recognize an

⌃ What You Need to Know:   There are various types of credit scores, and lenders use a variety of different types of credit score to make lending decisions. The credit score you receive is based on the VantageScore 3.0 model and may not be the credit score model used by your lender.

Subscription price is $29.95 per month (plus tax where applicable).

you take action to address
it.

**Learn More**                                        **Learn More**



### Credit Scores

While you can't dispute
your credit score, we can
help you understand it.

**Learn More**

**START DISPUTE**

Technical Help and Login Support

## Get started with Disputes for free
## through our TransUnion Service Center, where you can:

- **Manage or fix any inaccuracies on your credit report**
- **Place Fraud Alerts to protect your identity**
- **Control who can access your credit information with Credit Freeze**

Are you applying for credit or has a lender referred you here to lift a freeze on your
TransUnion credit report? You're in the right place.

- **Add a note to your report around any COVID-19 or other financial considerations**

**CREATE YOUR ACCOUNT FOR FREE**

Already have an account? Log In
Technical Help and Login Support



⌃ What You Need to Know:   There are various types of credit scores, and lenders use a variety of different types of credit scores to make lending decisions. The credit score you receive is based on the **VantageScore 3.0** model and may not be the credit score model used by your lender.

Subscription price is $29.95 per month (plus tax where applicable).

# You have questions, we have answers.

Search or browse our Credit Dispute FAQS below.

🔍 Type a question or topic

**CATEGORIES**

↪ Top Dispute FAQS (15)
↪ Starting a Dispute (15)
↪ Waiting for Dispute Results (4)
↪ Reviewing Your Dispute Results (5)
↪ Identity Theft (3)

**SEE ALL FAQS**

⭕ **What is a dispute?**

⭕ **Are disputes free?**

⭕ **What is the difference between a hard and soft inquiry?**

⭕ **I disputed an account and it says it was already verified. What does that mean?**

⭕ **My credit report contains another person's information, how can I fix it?**

⭕ **Why can't I dispute my credit score?**

⭕ **What does a typical dispute investigation process look like?**

⭕ **I'm a veteran and have a medical debt I don't think I'm responsible for. What should I do?**

⭕ **How do I get information that was previously removed added back onto my TransUnion credit rep**

⭕ **What is a consumer statement? How do I add one to my credit report?**

**Showing 10 of 42**

## Featured Articles


How to Dispute Your Credit Report
READ MORE


How to Read Your Dispute Investigation Results
READ MORE


What Do I Do If I Don't Agree with My Dispute Results
READ MORE

⌃ What You Need to Know:     There are various types of credit scores, and lenders use a variety of different types of credit scores to make lending decisions. The credit score you receive is based on the **VantageScore 3.0** model and may not be the credit score model used by your lender.

Subscription price is $29.95 per month (plus tax where applicable).

### Prefer to dispute by mail or phone? ▶

---

**About Us**

About TransUnion

Sustainability

Investor relations

Newsroom

Careers at TU

Diversity, Equity & Inclusion

**Client Support**

Business Support Services

Compliance and Permissible Purpose

Data Reporting FAQs

Data Security

**Information for**

Data Reporting

Credit Data Resellers

Accessibility

DO NOT SELL MY PERSONAL INFORMATION - CA RESIDENTS ONLY

Cookie Settings

HAVE QUESTIONS?

Privacy   Terms of Use   Sitemap   FCPA policy

**CONSUMER**     **BUSINESS**

© Copyright 2022 TransUnion LLC. All Rights Reserved.

    

Information for Good.

**˄ What You Need to Know:**    There are various types of credit scores, and lenders use a variety of different types of credit scores to make lending decisions. The credit score you receive is based on the **VantageScore 3.0** model and may not be the credit score model used by your lender.

Subscription price is $29.95 per month (plus tax where applicable).



# Legal Information

Terms of Service  ⌄

Feedback



# Privacy Center

**Privacy Notices**

# Trans Union LLC Privacy Notice

Effective Date: 10/30/2020
Last Updated: 12/01/2021

---

Neustar and Sontiq are now TransUnion companies. To learn how Neustar handles personal information about you and the rights you may have regarding that personal information, please visit the Neustar Privacy Center. To learn how Sontiq handles personal information about you and the rights you may have regarding that personal information, please visit the Sontiq Privacy Center.

---

**We have recently updated our Privacy Notice. Be sure to review the notice carefully to understand our privacy practices.**

View TransUnion's California Consumer Privacy Act (CCPA) Metrics.

## Introduction

This Privacy Notice ("Notice") provides information about how Trans Union LLC ("We," "Us," "Our,") handles personal information about you and describes the rights you may have regarding your personal information. This Notice applies to Trans Union LLC and its online and offline collection, use, sale, and disclosure of personal information. It covers certain consumer credit reporting and other regulatory activities, including use of the Consumer Online Self Service, Digital Self Service, and TransUnion FactAct website, as well as certain business solutions.

This Notice does not cover TransUnion Risk and Alternative Data Solutions, TransUnion Interactive, Inc., TransUnion Rental Screening Solutions, Inc., Media & Digital Marketing Solutions, and your interactions with TransUnion as

a job applicant. Please visit their respective privacy notices via the links on the left-hand side of this page.

# 1. Personal information we collect

When you interact with us we may collect information to help identify and contact you, including, but not limited to, your name, email address, physical address, telephone number (landline and/or mobile), and Social Security number.

If you create an account, we will collect your username, password, date of birth, employment information, credit card and loan account information, information about dispute(s) you raised regarding your credit report, and information you provide to support the issue you raised.

We also collect information about the device you use to access our online services. This includes device ID, advertising ID, your browser, your browsing history while using our online services (for example, the pages you view, how long you stay on each page, how often you return, and/or the site you visit when you leave us), the ads or online content you viewed, accessed, or clicked.

We collect your IP address and information related to that IP address, such as, geographical information, domain information, and the internet service provider used. We may also use various technologies to determine your location, including IP address, Wi-Fi access points, and cell towers.

As an information solutions provider, we collect different types of personal information about you from various sources. The below table chart describes the categories of personal information we may have collected in the past 12 months, listed by category of sources.

As an information solutions provider, we collect different types of personal information about you from various sources. The below table chart describes the categories of personal information we have collected in the past 12 months, listed by category of sources.

| Category of Personal Information | Personal information we collect<br>From whom we collect it |
|---|---|
| Identifiers | **What we collect**<br><br>Name (first, last, and/or maiden name) (or that of a family member or child); home address, billing address, or other physical address; email address(es); telephone number(s).<br><br>Social Security number or certain other information, such as date of birth, employment information, and credit card account information.<br><br>Device identification information used to |

access the Site. We may associate this device with a mobile telephone number.

Information collected passively via cookies and similar technology.

IP addresses, device identifiers, and application identifiers.

Revenue-related information of Subscribers.

**From whom we collect it (by category of sources):**

Information you provide

Information collected passively via cookies and similar technology.

Advertising Partners.

Banks/credit unions

Collection agencies

Credit reporting agencies

Data brokers, which include data aggregators, data compilers, and data compilers/originators

Financial technology (Fintech) companies

Government entities

Information that is publicly available

Insurance carriers

Marketing companies

TransUnion Companies

| Personal information categories listed in the California Customer Records statute | *Note that personal information in this category may overlap with other categories* |
| --- | --- |
| *Any information that identifies, relates to, describes, or is capable of being associated with, a particular individual, including, but not limited to, an individual's name, signature, Social Security number, physical characteristics or description, address, telephone number, passport number,* | **What we collect**<br><br>Including, but not limited to the following:<br><br>Name (first, last, and/or maiden name) (or that of a family member or child); home address, billing address, or other physical address; email address(es), telephone number(s).<br><br>Social Security number or certain other information, such as date of birth, employment information, and credit card account information.<br><br>Device identification information, which we may associate with a mobile telephone |

*driver's license or state identification card number, insurance policy number, education, employment, employment history, bank account number, credit card number, debit card number, or any other financial information, medical information, or health insurance information.*

***Note that personal information in this category may overlap with other categories.***

number.

Information collected passively via cookies and similar technology.

Revenue-related information of Subscribers.

IP addresses, device identifiers, and application identifiers.

**From whom we collect it (by category of sources)**

Information you provide

Information collected passively via cookies and similar technology

Advertising Partners

Banks/credit unions

Collection agencies

Credit reporting agencies

Data brokers, which include data aggregators, data compilers, and data compilers/originators

Financial technology (Fintech) companies

Public records made lawfully available from Government agencies

Government  (information not in public records)

Insurance carriers

Marketing companies

TransUnion companies

---

Protected classification characteristics under California or federal law

*An individual's age (40 years or older), race, color, ancestry, national origin, citizenship, religion or creed, marital status, medical condition, physical or mental disability, sex (including gender, gender identity, gender expression, pregnancy or childbirth and related medical conditions), sexual*

**What we collect**

Including, but not limited to the following:

Age, race, ethnicity, religion, marital status, political party affiliation, country of origin, spoken language, and gender

**From whom we collect it (by category of sources)**

Information you provide.

Advertising partners.

Banks/credit unions

Collection agencies

Credit reporting agencies

Data brokers, which include data

| | |
|---|---|
| *orientation, veteran or military status, genetic information (including familial genetic information).* | aggregators, data compilers, and data compilers/originators<br><br>Financial technology (Fintech) companies<br><br>Public records made lawfully available from Government agencies<br><br>Government  (information not in public records)<br><br>Insurance carriers<br><br>Marketing companies<br><br>TransUnion Companies |
| Commercial information | **What we collect**<br><br>Including, but not limited to the following:<br><br>Records of online services you purchased, obtained, or considered purchasing from us.<br><br>Property records<br><br>Small/personally-owned business data<br><br>Business data that identifies, describes, or could reasonably be linked/associated to you<br><br>**From whom we collect it (by category of sources)**<br><br>Information you provide.<br><br>Banks/credit unions<br><br>Collection agencies<br><br>Credit reporting agencies<br><br>Data brokers, which include data aggregators, data compilers, and data compilers/originators<br><br>Financial technology (Fintech) companies<br><br>Public records made lawfully available from Government agencies<br><br>Government  (information not in public records)<br><br>Insurance carriers<br><br>Marketing companies |
| Biometric | **What we collect**<br><br>Including, but not limited to the following:<br><br>Audio recordings as part of contact with you, for customer support or otherwise. |

Facial imaging information

**From whom we collect it (by category of sources)**

Information directly collected from you.

**Why we collect it (purpose and use of the personal information)**

Customer service and quality control.
Identity verification

| Internet or other similar network activity | **What we collect**<br><br>Including, but not limited to the following:<br><br>Information about your interactions with the website, for example, when you view or search content, we receive and track that information; web session; log file information; information such as the website(s) you visited, when you visited the website, how long you stayed, your behavior while you are on our website and from what device you accessed the website.<br>Information collected from advertising partners.<br>Information about your interactions with our online forms; for example, the use of autofill, number of pauses, length of time to complete a field, number of errors, number of changed answers, typing fluency and number of repeat interactions.<br><br>**From whom we collect it (by category of sources)**<br><br>Information directly collected from you<br>Information collected passively via cookies and similar technology<br>Data brokers, which include data aggregators, data compilers, and data compilers/originators<br>Marketing companies<br>TransUnion companies |
|---|---|
| Geolocation data | **What we collect** |

Including, but not limited to the following:

We collect geolocation by using various technologies to determine your location including, but not limited to IP address, Wi-Fi access points, and cell towers.

**From whom we collect it (by category of sources)**

Information directly collected from you.

Information collected passively via cookies and similar technology.

Telecommunications providers.

Data brokers, which include data aggregators, data compilers, and data compilers/originators

Marketing companies

TransUnion companies

| | |
|---|---|
| Sensory data | **What we collect**<br><br>Including, but not limited to the following:<br><br>Audio and electronic recording, for example, when you call in with a question to customer service.<br><br>**From whom we collect it (by category of sources)**<br><br>Information directly collected from you. |
| Professional or employment | **What we collect**<br><br>Including, but not limited to the following:<br><br>Professional Licenses<br>Employment Dates<br>Employer Name<br>Employer Information<br><br>**From whom we collect it (by category of sources):**<br><br>Information you provide.<br>Banks/credit unions<br>Collection agencies<br>Credit reporting agencies<br>Data brokers, which include data |

| | |
|---|---|
| | aggregators, data compilers, and data compilers/originators<br><br>Financial technology (Fintech) companies<br><br>Public records made lawfully available from Government agencies<br><br>Government  (information not in public records)<br><br>Insurance carriers<br><br>Marketing companies<br><br>TransUnion companies |
| Non-public education information (per the Family Educational Rights and Privacy Act) | We do not collect this information |
| Inferences drawn from other personal information | **What we collect**<br><br>Including, but not limited to the following:<br><br>Site preferences, behavior, characteristics, personal preferences<br><br>**From whom we collect it (by category of sources)**<br><br>Information directly collected from you.<br><br>Information collected passively via cookies and similar technology.<br><br>Information collected from advertising partners.<br><br>Banks/credit unions<br><br>Collection agencies<br><br>Credit reporting agencies<br><br>Data brokers, which include data aggregators, data compilers, and data compilers/originators<br><br>Financial technology (Fintech) companies<br><br>Public records made lawfully available from Government agencies<br><br>Government  (information not in public records)<br><br>Insurance carriers<br><br>Marketing companies<br><br>TransUnion companies |

## 2. Purpose and use of personal information

We collect your personal information for different purposes. For example, we may use it in the following ways:

- to communicate with you and internal parties, on a strict need to know basis, regarding the your credit report inquires and/or complaints;
- to update our consumer credit database;
- to verify your identity;
- to prevent fraud and unauthorized disclosures of your personal information;
- to record and demonstrate how we have conducted the dispute and complaint resolution process and arrived at a resolution; and
- to comply with legal requirements, for example, to report on equal employment opportunities where required by law.

We describe the purpose for collecting personal information, listed by categories of personal information in the chart below. Please note that a specific piece of personal information may fall into one or more categories of personal information.

| Category of Personal Information | Purpose of Collection |
|---|---|
| Identifiers and Personal information categories listed in the California Customer Records statute | To verify your identity. To finalize an application and otherwise set up an account for access to the online services. To enhance and optimize an account for access to and use of the online services. To display, optimize, and provide personalized advertisements To communicate with you. To conduct surveys used for research, analytics, and to enhance our product development and offerings. For fulfillment of your requests and purchases, transactional and other communications about our websites and the online services. For product development and research, and for any purpose subject to the limitations set forth in this Notice and applicable law. For incorporation into risk and account management and services provided to our customers |

| | |
|---|---|
| | We may utilize data from third parties, such as your telecommunications provider, to help confirm your identity and prevent fraudulent access. It is likely that you authorize your telecommunications provider (AT&T, Sprint, T-Mobile, Verizon, etc.), to share your personal information for the purposes of fraud prevention and identity verification. The information they share, if available, may include your telephone number, name, address, email, network status, customer type, billing type, mobile identifiers (IMSI) and (IMEI), and other subscriber status details.  TransUnion limits the use of this information to prevent fraud and unauthorized access or disclosures of your personal information. |
| Protected classification characteristics under California or federal law | To verify your identity. To finalize an application and otherwise set up an account for access to the online services. To enhance and optimize an account for access to and use of the online services. To display, optimize and provide personalized advertisements To communicate with you. For product development and research, and for any purpose subject to the limitations set forth in this Notice and applicable law. For incorporation into risk and account management services provided to our customers |
| Commercial information | For product development and research, and for any purpose subject to the limitations set forth in this Notice and applicable law. To enhance and optimize an account for access to and use of the online services. To display, optimize, and provide personalized advertisements For fulfillment of your requests and purchases, transactional and other communications about our websites and the online services. For incorporation into risk and account |

| | |
|---|---|
| | management services provided to our customers |
| Biometric | Customer service and quality control. To verify your identity. |
| Internet or other similar network activity | To display, optimize, and personalize advertisements. To measure advertising effectiveness. To perform website analysis. To predict the risk of fraud. |
| Geolocation data | To verify your identity. To finalize an application and otherwise set up an account for access to the online services. To enhance and optimize an account for access to and use of the online services. To display, optimize and provide personalized advertisements To communicate with you. For product development and research, and for any purpose subject to the limitations set forth in this Notice and applicable law. For incorporation into risk and account management services provided to our customers |
| Sensory data | For customer service purposes and to support consumers. To train agents to ensure best customer service delivery. To ensure legal and compliance obligations. To help answer questions and resolve disputes. For customer service representatives agent training purposes and to ensure customer satisfaction. |
| Professional or employment | To finalize an application and otherwise set up an account for access to the online services. To enhance and optimize an account for access to and use of the online services. |

|  | To display, optimize and provide personalized advertisements |
|  | To communicate with you. |
|  | For fulfillment of your requests and purchases, transactional and other communications about our websites and the online services. |
|  | For product development and research, and for any purpose subject to the limitations set forth in this Notice and applicable law. |
|  | We may utilize data from third parties, such as your telecommunications provider, to help confirm your identity and prevent fraudulent access. It is likely that you authorize your telecommunications provider (AT&T, Sprint, T-Mobile, Verizon, etc.), to share your personal information for the purposes of fraud prevention and identity verification. The information they share, if available, may include your telephone number, name, address, email, network status, customer type, billing type, mobile identifiers (IMSI) and (IMEI), and other subscriber status details.  TransUnion limits the use of this information to prevent fraud and unauthorized access or disclosures of your personal information. |
|  | For incorporation into risk and account management services provided to our customers |
| Non-public education information (per the Family Educational Rights and Privacy Act) | We do not collect this information. |
| Inferences drawn from other personal information | To create a customer profile in order to better optimize your customer experience and offer personalize advertisements. |
|  | To verify your identity. |
|  | To finalize an application and otherwise set up an account for access to the online services. |
|  | To enhance and optimize an account for access to and use of the online services. |

To display, optimize and provide personalized advertisements

To communicate with you.

For fulfillment of your requests and purchases, transactional and other communications about our websites and the online services.

For product development and research, and for any purpose subject to the limitations set forth in this Notice and applicable law.

For incorporation into risk and account management services provided to our customers

## 3. Sharing your personal information

We share your personal information with different third parties. We describe the third parties to whom we share or sell your personal information, listed by categories of personal information below. Please note that a specific piece of personal information may fall into one or more categories of personal Information.

| Category of Personal Information | Sold during the prior 12 months, by category of third parties | Disclosed for a business purpose during the prior 12 months, by category of third parties |
|---|---|---|
| Identifiers and Personal information categories listed in the California Customer Records statute | Advertising networks<br><br>Banks/Credit Unions<br><br>Collection agencies<br><br>Consumer data resellers<br><br>Data analytics providers<br><br>Data brokers, which include data aggregators, data compilers, and data compilers/originators<br><br>Financial | Advertising networks<br><br>Banks/Credit Unions<br><br>Collection agencies<br><br>Consumer data resellers<br><br>Data analytics providers<br><br>Data brokers, which include data aggregators, data compilers, and data compilers/originators<br><br>Financial technology (Fintech) companies |

|  |  |  |  |
|---|---|---|---|
|  |  | technology (Fintech) companies<br>Government agencies<br>Identity verification companies<br>Insurance carriers/agencies/partners<br>Internet service providers<br>Marketing companies<br>Operating systems and platforms<br>Retail merchants<br>Service providers<br>Social networks<br>Survey providers<br>TransUnion companies<br>Utility providers | Government agencies<br>Identity verification companies<br>Insurance carriers/agencies/partners<br>Internet service providers<br>Marketing companies<br>Operating systems and platforms<br>Parties to litigation<br>Retail merchants<br>Service providers<br>Social networks<br>TransUnion companies<br>Utility providers<br>Survey providers |
|  | Protected classification characteristics under California or federal law | Advertising networks<br>Banks/Credit Unions<br>Collection agencies<br>Consumer data resellers<br>Data analytics providers<br>Data brokers, which include data aggregators, data compilers, and data compilers/originators<br>Financial technology (Fintech) | Advertising networks<br>Banks/Credit Unions<br>Collection agencies<br>Consumer data resellers<br>Data analytics providers<br>Data brokers, which include data aggregators, data compilers, and data compilers/originators<br>Financial technology (Fintech) companies<br>Government agencies |

TransUnion LLC Privacy Notice

TransUnion Consumer Interactive

Media & Digital Marketing Solutions

TransUnion Rental Screening Services (TURSS)

TransUnion Risk and Alternative Data Solutions (TRADS)

Global Job Applicant

iovation

Shareable

Signal Digital, Inc. Platform Privacy Policy

TruAudience(R) Marketing Solutions Privacy Notice

International Regions

TransUnion Customer/Partner Portal

| | | |
|---|---|---|
| | companies<br>Government agencies<br>Identity verification companies<br>Insurance carriers/agencies/partners<br>Internet service providers<br>Marketing companies<br>Operating systems and platforms<br>Retail merchants<br>Service providers<br>Social networks<br>Survey providers<br>TransUnion companies<br>Utility providers | Identity verification companies<br>Insurance carriers/agencies/partners<br>Internet service providers<br>Marketing companies<br>Operating systems and platforms<br>Parties to litigation<br>Retail merchants<br>Service providers<br>Social networks<br>TransUnion companies<br>Utility providers<br>Survey providers |
| Commercial information | Advertising networks<br>Banks/Credit Unions<br>Collection agencies<br>Consumer data resellers<br>Data analytics providers<br>Data brokers, which include data aggregators, data compilers, and data compilers/originators<br>Financial technology (Fintech) companies<br>Government | Advertising networks<br>Banks/Credit Unions<br>Collection agencies<br>Consumer data resellers<br>Data analytics providers<br>Data brokers, which include data aggregators, data compilers, and data compilers/originators<br>Financial technology (Fintech) companies<br>Government agencies<br>Identity verification companies |

| | | |
|---|---|---|
| | agencies<br>Identity verification companies<br>Insurance carriers/agencies/partners<br>Internet service providers<br>Marketing companies<br>Operating systems and platforms<br>Retail merchants<br>Service providers<br>Social networks<br>Survey providers<br>TransUnion companies<br>Utility providers | Insurance carriers/agencies/partners<br>Internet service providers<br>Marketing companies<br>Operating systems and platforms<br>Parties to litigation<br>Retail merchants<br>Service providers<br>Social networks<br>TransUnion companies<br>Utility providers<br>Survey providers |
| Biometric | We do not sell this category of personal information | We do not disclose this category of personal information for a business purpose.<br>Government agencies |
| Internet or other similar network activity | Advertising networks<br>Banks/Credit Unions<br>Collection agencies<br>Consumer data resellers<br>Data analytics providers<br>Data brokers, which include data aggregators, data compilers, and data | Advertising networks<br>Banks/Credit Unions<br>Behavioral analytics providers<br>Collection agencies<br>Consumer data resellers<br>Data analytics providers<br>Data brokers, which include data aggregators, data compilers, and data |

| | | |
|---|---|---|
| | compilers/originators | compilers/originators |
| | Financial technology (Fintech) companies | Financial technology (Fintech) companies |
| | Government agencies | Government agencies |
| | Identity verification companies | Identity verification companies |
| | Insurance carriers/agencies/partners | Insurance carriers/agencies/partners |
| | Internet service providers | Internet service providers |
| | Marketing companies | Marketing companies |
| | Operating systems and platforms | Operating systems and platforms |
| | Retail merchants | Parties to litigation |
| | Service providers | Retail merchants |
| | Social networks | Service providers |
| | Survey providers | Social networks |
| | TransUnion companies | TransUnion companies |
| | Utility providers | Utility providers |
| | | Survey providers |
| Geolocation data | Advertising networks | Advertising networks |
| | Banks/Credit Unions | Banks/Credit Unions |
| | Collection agencies | Collection agencies |
| | Consumer data resellers | Consumer data resellers |
| | Data analytics providers | Data analytics providers |
| | Data brokers, which include data aggregators, data compilers, and data compilers/originators | Data brokers, which include data aggregators, data compilers, and data compilers/originators |
| | | Financial technology |

| | | |
|---|---|---|
| | Financial technology (Fintech) companies<br><br>Identity verification companies<br><br>Insurance carriers/agencies/partners<br><br>Internet service providers<br><br>Marketing companies<br><br>Operating systems and platforms<br><br>Retail merchants<br><br>Service providers<br><br>Social networks<br><br>Survey providers<br><br>TransUnion companies<br><br>Utility providers | (Fintech) companies<br><br>Identity verification companies<br><br>Insurance carriers/agencies/partners<br><br>Internet service providers<br><br>Marketing companies<br><br>Operating systems and platforms<br><br>Parties to litigation<br><br>Retail merchants<br><br>Service providers<br><br>Social networks<br><br>TransUnion companies<br><br>Utility providers<br><br>Survey providers |
| Sensory data | We do not sell this category of personal information. | We do not disclose this category of personal information for a business purpose. |
| Professional or employment | Advertising networks<br><br>Banks/Credit Unions<br><br>Collection agencies<br><br>Consumer data resellers<br><br>Data analytics providers<br><br>Data brokers, which include data aggregators, data compilers, and data compilers/originat | Advertising networks<br><br>Banks/Credit Unions<br><br>Collection agencies<br><br>Consumer data resellers<br><br>Data analytics providers<br><br>Data brokers, which include data aggregators, data compilers, and data compilers/originators<br><br>Financial |

| | | |
|---|---|---|
| | ors<br>Financial technology (Fintech) companies<br>Government agencies?<br>Identity verification companies<br>Insurance carriers/agencies/ partners<br>Internet service providers<br>Marketing companies<br>Operating systems and platforms<br>Retail merchants<br>Service providers<br>Social networks<br>Survey providers<br>TransUnion companies<br>Utility providers | technology (Fintech) companies<br>Government agencies<br>Identity verification companies<br>Insurance carriers/agencies/p artners<br>Internet service providers<br>Marketing companies<br>Operating systems and platforms<br>Parties to litigation<br>Retail merchants<br>Service providers<br>Social networks<br>TransUnion companies<br>Utility providers<br>Survey providers |
| Inferences drawn from other Personal Information | Advertising networks<br>Banks/Credit Unions<br>Collection agencies<br>Consumer data resellers<br>Data analytics providers<br>Data brokers, which include data aggregators, data compilers, and data compilers/originat ors<br>Financial | Advertising networks<br>Banks/Credit Unions<br>Collection agencies<br>Consumer data resellers<br>Data analytics providers<br>Data brokers, which include data aggregators, data compilers, and data compilers/originato rs<br>Financial technology (Fintech) companies |

| | |
|---|---|
| technology (Fintech) companies<br><br>Government agencies<br><br>Identity verification companies<br><br>Insurance carriers/agencies/partners<br><br>Internet service providers<br><br>Marketing companies<br><br>Operating systems and platforms<br><br>Retail merchants<br><br>Service providers<br><br>Social networks<br><br>Survey providers<br><br>TransUnion companies<br><br>Utility providers | Government agencies<br><br>Identity verification companies<br><br>Insurance carriers/agencies/partners<br><br>Internet service providers<br><br>Marketing companies<br><br>Operating systems and platforms<br><br>Parties to litigation<br><br>Retail merchants<br><br>Service providers<br><br>Social networks<br><br>TransUnion companies<br><br>Utility providers<br><br>Survey providers |

## 4. Cookies, pixels, and similar technology

**Information collected passively via cookies and similar technology**

A cookie is a small text file that a web server places on your computer or device when your browser accesses a website. Cookies store data specific to a client or website and are designed to create a record of or "remember" online activity. We use cookies for a number of different purposes. Some cookies are necessary to ensure the site functions properly and some enable us to deliver an individualized online services experience.

You generally have the ability to accept or decline cookies. Most web browsers give you a choice to modify your browser settings to decline some or all cookies. We provide you choices to manage your privacy and sharing. Not accepting cookies may make certain features of the site unavailable to you. If you would like more information about cookies, you can visit http://www.cookiecentral.com/n_cookie_faq.htm.

## 5. TransUnion's credit database

We limit access to TransUnion's consumer credit database and make it available to only the following:

- entities with a permissible purpose to receive it, as defined in the Fair Credit Reporting Act ("FCRA");
- entities with a permitted use under Title V of the Gramm-Leach-Bliley Act;
- companies who resell our data as permitted under law; and
- companies who process data on our behalf.

Access to information not subject to the FCRA in this database may be provided to companies and other entities for research and other purposes.

Under the FCRA, we may provide information to companies that provide you with pre-approved offers of credit or insurance. If you prefer not to receive such offers, you may opt-out by calling 1-888-5OPTOUT or visiting https://www.optoutprescreen.com.

## 6. Advertising opt-out requests

If you prefer to opt out of receiving marketing messages, we recommend that you visit the Association of National Advertisers (ANA) and register on their consumer web site: https://dmachoice.thedma.org/. In addition, you may choose to opt out of digital advertising through the NAI's Consumer Opt-Out Program, DAA's Consumer Choice Page, or the European Union/European Economic Area (EU/EEA). By clicking on the "Opt-Out" links below, you will be directed to the respective third-party website where your computer will be scanned to determine who maintains cookies on you. At that time, you can either choose to opt out of all targeted advertising or you can choose to opt out of targeted advertising by selecting individual companies who maintain a cookie on your machine.

- Association of National Advertisers opt-out registration - https://dmachoice.thedma.org/
- Network Advertising Initiative (NAI) Opt-Out - https://www.networkadvertising.org/managing/opt_out.asp
- Digital Advertising Alliance (DAA) Opt-Out - https://optout.aboutads.info
- European Union (EU) /European Economic Area (EEA) Opt-Out - http://www.youronlinechoices.eu

Please note that if you delete your cookies, you will need to repeat the opt-out process outlined above.

## 7. Links to other sites or services

This Notice does not apply to other third-party sites or services. If you click on a link or browse to a third-party site from our site/service, your activity and interaction is subject to that third party's rules and policies. We recommend that you review the online privacy statements on these other sites to

understand their privacy practices and treatment of personal information so that you can make an informed decision regarding your use or interaction with their site/service.

## 8. Securing your personal information

We maintain a comprehensive Information Security Program with administrative (policies, standards, and processes), physical, and technical controls to ensure the security and confidentiality of your information.

## 9. Personal information of Children

### Child ID Theft

We collect personal information of children to enable a search of our database for any potential activity (i.e. request for a product Credit Report, reporting of data using the minor child's personal information, dispute submission, etc.). If you are a parent or guardian and want to check if your child may be a victim of identity theft, please visit our Child Identity Theft Inquiry page.

### Freeze a child's report (child 15yrs or younger)

We allow a parent or guardian to freeze the credit report of a minor aged 15 or younger. Visit our Protected Consumer Freeze page to learn more.

### Sales

We do not sell personal information of minors under the age of 16.

## 10. Rights under the Fair Credit Reporting Act (FCRA)

**Rights to access your information**

You may order your TransUnion Personal Credit Report online at TransUnion.com. However, when you provide information on our Website, you should ensure that the information is accurate.

**Right to change inaccurate or incomplete information**

If you believe that there is an error on your credit report, you may file a dispute here.

**Opting-out of email communications**

You have the choice to opt-out of email communications at any time by using the opt-out provision at the bottom of every email.

## 11. California Privacy Rights

If you are a California resident, you have the following rights under the California Consumer Privacy Act (CCPA).

**Right to know**

You have the right to request a disclosure of the personal information collected, sold, and shared about you over the past 12 months and the purpose for doing so. Upon submission of a verifiable consumer request, we will provide you with the following information.

- The categories of personal information we collected about you.
- The categories of sources from which we collected your personal information.
- Our business or commercial purpose for collecting or selling the personal Information.
- The categories of third parties with whom we share personal Information.
- The specific pieces of personal information we collected about you.

The categories of personal information that we sold in the preceding 12 months, and for each category identified, the categories of third parties to which we sold that particular category of personal information. The categories of personal information that we disclosed for a business purpose in the preceding 12 months, and for each category identified, the categories of third parties with whom we disclosed that particular category of personal information.

If we provide this information to you electronically, the information will be in a portable format. To the extent that it is technically feasible, we will provide you the information in a readily useable format that you can easily transfer to another entity.

To make a verifiable consumer request to know, visit our California Consumer Privacy Act page. If you have a TransUnion account, you can use it to make your request. You can also make your request without setting up an account. To do so, we'll need your first and last name, address, date of birth and the last four digits of your Social Security number. We'll use that information to verify your identity so we can respond to your request.

**Right to deletion**

If we collected personal information from you, you have the right to request the deletion of this personal information.

To make a verifiable consumer request to delete, visit our California Consumer Privacy Act page. If you have a TransUnion account, you can use it to make your request. You can also make your request without setting up an account. To do so, we'll need your first and last name, address, date of birth and the last four digits of your Social Security number. We'll use that information to verify your identity so we can respond to your request.

**Right to be free from discrimination**

You have the right to be free from discrimination for exercising any of the California consumer privacy rights. If you choose to exercise any of your CCPA rights, we will not:

- Deny you goods or services;
- Charge you a different price or rate for goods or services, including through granting discounts or other benefits, or imposing penalties;
- Provide you a different level or quality of good or services; or
- Suggest that you may receive a different price or rate for goods or services or a different level or quality of goods or services.

**Right to opt-out of the sale of personal information**

You have the right, at any time, to direct a business that sells your personal information to third parties to not sell your personal Information. If you would like to exercise this right, visit our "Do not sell my personal information" page.


## 12. Authorized agent

If a consumer is using an authorized agent to submit a CCPA privacy request to know (disclosure report) or delete their personal information, the following is required.

**Using an authorized agent *without* power of attorney to submit a request to know or delete**

1. Signed permission from the consumer authorizing the agent to submit the CCPA privacy request(s) on their behalf. Describe the type of privacy request(s) being requesting (know/disclosure report and/or deletion).
2. The consumer must verify their own identity directly with the business by submitting information or documentation that provides sufficient proof of identification, such as:
   1. a Social Security number or a copy of a social security card issued by the Social Security Administration,
   2. a certified or official copy of a birth certificate issued by the entity authorized to issue the birth certificate, or
   3. a copy of a driver's license, an identification card issued by the motor vehicle administration or any other government issued identification.

**Using an authorized agent with power of attorney to submit a request to know or delete**

If you have provided the authorized agent with power of attorney pursuant to California Probate Code sections 4000 to 4465, provide only the following:

- the valid power of attorney executed lawfully under California Probate Code sections 4000 to 4465.

**Using an authorized agent to submit an opt-out request**

- written permission, signed by the consumer, authorizing the agent to submit the opt-out request.

Please send your letter and documentation to the following address:
TransUnion Data Privacy Request
P.O. Box 130
Woodlyn, PA 19094

## 13. Contact information

If you have questions or concerns regarding this Notice or the protection of your personal information and privacy rights, you may contact us in the following ways:

**All Locations**

| Phone | 1-866-310-8783 |
|---|---|
| Postal Mail | Please send your letter and documentation to the following address:<br>TransUnion Data Privacy Request<br>P.O. Box 130<br>Woodlyn, PA 19094 |

## 14. Notice changes and effective date

We may periodically make changes to this Notice and recommend that you check back to review this Notice so that you always know how we collect, use, and share your personal information. The effective date denotes the date that we publish this Notice to our online services.

---

**About Us**

About TransUnion

Sustainability

Investor relations

Newsroom

Careers at TU

Diversity, Equity & Inclusion

HAVE QUESTIONS?

**CONSUMER**      **BUSINESS**

**Client Support**

Business Support Services

Compliance and Permissible Purpose

Data Reporting FAQs

Data Security

**Information for**

Data Reporting

Credit Data Resellers

Accessibility

**DO NOT SELL MY PERSONAL INFORMATION - CA RESIDENTS ONLY**

Cookie Settings

Privacy    Terms of Use    Sitemap    FCPA policy

© Copyright 2022 TransUnion LLC. All Rights Reserved.



TransUnion Online Dispute Center | Online Dispute | Credit Freeze | Fraud Alert | Request Your Credit Score

# Welcome

Log in or create a user account to manage your TransUnion credit information.

Username

Password

**LOG IN**

By logging into this site, you agree to the
TransUnion Terms of Service and expressly
authorize TransUnion to obtain your credit report
information.

Forgot Login Information

Create an account to start managing your
TransUnion credit information.

## What can I do on this site?

Manage a credit freeze or fraud alert, submit a dispute request or check dispute
results, add a consumer statement to your credit report, or request a personal

Feedback

7/8/22, 11:47 PM      Online Dispute - Online Credit Score, Free Credit Report, Credit Monitoring and Fraud Alert, and Identity Theft Protection | Credit Score

Case 2:26-cv-01476   Document 1   Filed 03/08/26   Page 56 of 59

credit report disclosure.

 Do I already have access?

---

Credit Freeze

Control who can access your credit information.

 Tell Me More

---



## Dispute

Investigate and fix possible inaccuracies on your credit report.

 Tell Me More

---



## Fraud Alert

Notify lenders to take extra steps to verify your identity.

 Tell Me More

---

Feedback



## Credit Report

Request a free TransUnion credit report.

(i) Tell Me More



## Consumer Statement

Add a note to your credit report if you want to provide additional context to explain your financial situation to anyone who views your credit report. We provide several pre-written options you can choose from, or you can also write a statement in your own words.

- Add a note to your credit report about COVID-19's impact or other financial considerations related to your credit report.

- If you already have a dispute in process, you can still add or remove your consumer statement on this site.

Feedback



**Thursday,**
**June 24, 2004**

**Part IV**

# Federal Trade Commission

**16 CFR Parts 610 and 698**
**Free Annual File Disclosures; Final Rule**

## REQUEST FOR FREE CREDIT REPORT

> ***Note to Consumers:*** **You have the right to obtain a free copy of your credit report once every 12 months (also known as an "annual file disclosure"), from each of the nationwide consumer reporting agencies. Your report may contain information on where you work and live, the credit accounts that have been opened in your name, if you've paid your bills on time, and whether you have been sued, arrested, or have filed for bankruptcy. Businesses use this information in making decisions about whether to offer you credit, insurance, or employment, and on what terms.**

Use this form to request your credit report from any, or all, of the nationwide consumer reporting agencies.

The following information is required to process your request:

Your Full Name: _____

Your Street Address: _____

Your City, State & Zip Code: _____

Your Telephone Numbers (with area code):  Day: _____
                 Evening: _____

Your Social Security number: _____ Your Date of Birth_____

Place a check next to each credit report you want.

_____ I want a credit report from each of the nationwide consumer reporting agencies

**OR**
_____ I want a credit report from:
    _____ [name of nationwide consumer reporting agency]
    _____ [name of nationwide consumer reporting agency]
    _____ [name of nationwide consumer reporting agency]

Please check how you would like to receive your report. (Note: because of the need to accurately identify you before we send you your credit report, we may not be able to offer every delivery method to every consumer. We will try to honor your preference.)